JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JAHIR TORRALBA CASTILLO, | Case No. 2:26-cv-04051-AYP |
|---|---|
| Petitioner, | JUDGMENT |
| v. MARKWAYNE MULLIN, et al., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.


Dated: May 5, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE